UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LEONARD STALEY and KATHERINE STALEY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>SYNCHRONY FINANCIAL, a Delaware Corporation, d/b/a SYNCHRONY BANK; and CITIGROUP INC., a Delaware Corporation, d/b/a CITI® CARDS,<br><br>Defendants. | NO.:<br><br>COMPLAINT FOR VIOLATION OF THE TRUTH IN LENDING ACT AND THE WASHINGTON STATE CONSUMER PROTECTION ACT |

COME NOW the Plaintiff(s), by and through their attorney of record, Jack W. Hanemann, and allege:

## I. PARTIES

1.1 Plaintiffs Leonard Staley and Katherine Staley are husband and wife. At the time of the incident complained of herein Plaintiffs were residents of Washington.

1.2 Defendant Synchrony Financial ("Synchrony") is a foreign corporation doing business as Synchrony Bank and is registered under the laws of the State of Delaware.



**Jack W. Hanemann, P.S.**
2120 State Ave. NE, Suite 101
Olympia WA 98506
(360) 357-3501 ● Fax (360) 357-2299

Synchrony's registered agent is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.

1.3 Defendant Citigroup Inc. ("Citigroup") is a foreign corporation doing business as Citi® Cards and is registered under the laws of the State of Delaware. Citigroup's registered agent is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.

## II. JURISDICTION AND VENUE

2.1 This Court has jurisdiction under 28 U.S.C. § 1331.

2.2 Venue is proper in the above-captioned District Court pursuant to 28 USC § 1391 and 28 USC § 1367.

## III. FACTS

3.1 In April 2017, Plaintiffs vacationed in Mazatlán, Mexico, and agreed to attend a sales presentation by Karma Rewards International ("Karma Rewards"). Karma Rewards presented themselves as sellers of a travel package service.

3.2 Plaintiffs attended the Karma Rewards presentation on April 4, 2017, and agreed to purchase a travel package for $32,850.00, payable in advance. They tendered the down payment on April 4, 2017, and after agreeing to a modification of the terms of their travel package, tendered additional down payment funds on April 7, 2017.

3.3 As part of the down payment, Plaintiff's authorized charges in the amount of $5,510.64 and $1,836.86 to their "Sam's Club Mastercard" card, account ending in 0125, issued by Defendant Synchrony.



**Jack W. Hanemann, P.S.**
2120 State Ave. NE, Suite 101
Olympia WA 98506
(360) 357-3501 ● Fax (360) 357-2299

3.4 As part of the down payment, Plaintiff authorized charges in the amount $17,843.87 and $2,813.41 to their “Citi Bank” cards, accounts ending in 8728 and 8710, issued by Defendant Citigroup.

3.5 The remainder of the down payment was financed on other credit cards issued to Plaintiffs or via direct wire transfer from Plaintiffs’ Wells Fargo checking account.

3.6 Plaintiffs were the victims of an elaborate fraud by Karma Rewards and its business affiliates. This scam has been practiced on many other victims. Attached as Exhibit A is an article published in AARP the Magazine’s June/July 2017 Edition which illustrates the elements of the scam experienced by Plaintiffs.

3.7 Plaintiffs were induced into purchasing a travel package in exchange for the sale of their existing Shell Vacation Club Time Share for $164,000.00. Between April and June 2017, Plaintiffs repeatedly wired funds from their bank accounts to effectuate the closing of their timeshare sale which they were assured would be returned to them after the sale was executed. Those funds were never delivered and Plaintiff’s substantial efforts to track down those responsible for the fraud, including reporting these activities to the FBI, have been unsuccessful. In total, Plaintiff’s suffered losses in excess of $200,000.00 from the scam perpetrated against them.

3.8 According to the terms of the travel package, Plaintiffs were entitled to access the program’s inventory by online login, where they could view what travel destinations were available to members. Paragraph 6 of the “Verification” Karma Rewards International, states that “Karma Rewards International will send me my password within 4 weeks from the date of final payment.” Plaintiffs were never provided the password or any of the agreed terms or services included in their contract with Karma Rewards.



**Jack W. Hanemann, P.S.**
2120 State Ave. NE, Suite 101
Olympia WA 98506
(360) 357-3501 ● Fax (360) 357-2299

3.9 On June 15, 2017, Plaintiffs communicated to Karma Rewards their intention to cancel the transaction due to the failure of Karma Rewards to perform whatsoever on the contracts executed between the parties.

3.10 On June 15, 2017, Plaintiffs timely notified Defendant Citigroup of Karma Rewards's failure to perform or deliver any of the terms expressed in the contract to Plaintiffs and requested that the charges to their cards be rescinded. All of the amounts financed by the other credit card companies were properly rescinded and the funds returned to Plaintiffs.

3.11 On or about June 19, 2017, Plaintiffs timely notified Defendant Synchrony of Karma Rewards's failure to perform or deliver any of the terms expressed in the contract to Plaintiffs and requested that the charges to their cards be rescinded.

3.12 Defendants Synchrony and Citigroup performed investigations and have each denied Plaintiff's repeated requests to cancel the payments made to Karma Rewards.

## IV. STATEMENT OF CLAIM

COMES NOW the Plaintiff and for a *FIRST CAUSE OF ACTION* states:

4.1 Defendants Synchrony and Citigroup failed to rescind Plaintiff's credit card charges to Karma Rewards in violation of 15 U.S.C. § 1666.

COMES NOW the Plaintiff and for a *SECOND CAUSE OF ACTION* states:

4.2 By affirming the fraudulent actions of Karma Rewards and authorizing Plaintiff's credit card transactions, Defendants Synchrony and Citigroup unlawfully engaged in deceptive acts or practices in violation of RCW 19.86.020.

///

///



**Jack W. Hanemann, P.S.**
2120 State Ave. NE, Suite 101
Olympia WA 98506
(360) 357-3501 ● Fax (360) 357-2299

## V. RELIEF

WHEREFORE, Plaintiffs pray for judgment against the Defendants as follows:

1. For judgment in favor of Plaintiffs and against the Defendants;
2. For an award of damages in favor of Plaintiffs and against Defendant Synchrony in the principal amount of $7,347.50;
3. For an award of damages in favor of Plaintiffs and against Defendant Citigroup in the principal amount of $20,657.28;
4. For an award of prejudgment interest at the statutory rate on Plaintiffs' economic damages;
5. For an award of Plaintiffs' costs and disbursements herein;
6. For an award of attorneys' fees; and
7. For such other and further relief as the court deems just and equitable.

///

///

///

///

///

///

///

///

///

///

///



**Jack W. Hanemann, P.S.**
2120 State Ave. NE, Suite 101
Olympia WA 98506
(360) 357-3501 ● Fax (360) 357-2299

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

DATED: September 14th, 2018.

JACK W. HANEMANN, P.S.

/s/ Jack W. Hanemann
Jack W. Hanemann, WSBA #6609
Attorney for Plaintiffs



**Jack W. Hanemann, P.S.**
2120 State Ave. NE, Suite 101
Olympia WA 98506
(360) 357-3501 ● Fax (360) 357-2299