UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEONARD STALEY and KATHERINE STALEY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>SYNCHRONY FINANCIAL, a Delaware Corporation, d/b/a SYNCHRONY BANK, and CITIGROUP INC., a Delaware Corporation, d/b/a CITI® CARDS,<br><br>Defendants. | Case No. 3:18-CV-05753-RJB<br><br>**ORDER GRANTING DEFENDANT CITIGROUP INC. d/b/a CITI® CARDS'S MOTION TO COMPEL ARBITRATION AND STAY ACTION** |

THIS MATTER having come on Defendant Citigroup Inc. d/b/a Citi® Card's Motion to Compel Arbitration and Stay Action, the Court having examined the files and records, and having considered oral argument, if any, it is hereby

ORDERED that

1. Defendant Citigroup Inc. d/b/a Citi® Card's Motion to Compel Arbitration and Stay Action is granted;

2. The claims which are the subject of Plaintiffs' Complaint are to be arbitrated pursuant to the agreement which governs the account at issue;

3. This matter is stayed pending resolution of the arbitration;



*TOMASI SALYER MARTIN*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

4. The Clerk of the Court is instructed to administratively close the case; and

5. The parties must notify the court within seven (7) days of the conclusion of arbitration proceedings.

Dated this 3rd day of December, 2018.

ROBERT J. BRYAN
United States District Judge

Presented by:

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, WSBA #45828
121 SW Morrison St, Suite 1850
Portland, OR 97204
(503) 894-9900
edubay@tomasilegal.com
*Attorneys for Defendant Citigroup, Inc. d/b/a Citi® Cards*



***TOMASI SALYER MARTIN***
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

PAGE INTENTIONALLY LEFT BLANK



***TOMASI SALYER MARTIN***
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236